IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES D. LAUGHLIN,

    Petitioner,

v.  CASE NO. 1:08-cv-111-MP-AK

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 2, Motion for Leave to Proceed *in forma pauperis*, by James D. Laughlin. A review of Petitioner's inmate account and the prison certification reveals that he has the funds to pay the $5.00 filing fee, in that his deposits for the last six months average more than $25.00 per month. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed *in forma pauperis*, Document 2, is **DENIED**.

2. Petitioner shall have until **June 23, 2008**, to submit the $5.00 filing fee to the Clerk of Court.

3. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this *20th* of May, 2008.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**