IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES D. LAUGHLIN,

    Petitioner,

v.                                                 CASE NO. 1:08-cv-00111-MMP-AK

WALTER MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Petitioner's motion to strike and remove portions of the appendix attached to Respondent's motion to dismiss. At this stage, the Court is not inclined to strike or remove any documents from the appendix submitted in this case, as it has not had an opportunity thoroughly to review the issues presented in Respondent's motion. However, at first blush, the offending affidavit appears relevant, at the very least, to explaining the calculation of Petitioner's sentence.

Accordingly, it is **ORDERED**:

That Petitioner's motion to strike or remove portions of the appendix, Doc. 20, is **DENIED**.

**DONE AND ORDERED** this *8th* day of July, 2008.

                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**